FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>RUDY ESCODERO TIRRE,<br>　　　　　Defendant. | CASE NO. CR 07-1370-PSC<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and warrant for arrest,

B.

The Court finds there is:

(1)

　　(A) ( )　Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and /or

　　(B) (✓)　Clear and convincing evidence that the defendant has violated any other condition of release; and

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 3

1  (2)
2     (A)  (✓)  Based on the factors set forth in 18 U.S.C. § 3142(g), there is
3              no condition or combination of conditions of release that will
4              assure that the defendant will not flee or pose a danger to the
5              safety or any other person or the community; or
6     (B)  (✓)  The defendant is unlikely to abide by any condition or
7              combination of conditions of release.
8  (3)     ( )  There is probable cause to believe that, while on release, the
9              defendant committed a Federal, State, or local felony, and the
10             presumption that no condition or combination of conditions
11             will assure that the person will not pose a danger to the safety
12             of any other person or the community has not been rebutted.
13                                   OR
14 (4)     ( )  The court finds that there are conditions of release that will
15             assure that the defendant will not flee or pose a danger to the
16             safety of any other or the community, and that the defendant
17             will abide by such conditions.  <u>See</u>, separate Order setting
18             conditions.
19        ( )  It is further ordered that this order is stayed for 72 hours in
20             order to allow the Government to seek review from the
21             assigned district judge or criminal duty district judge as
22             appropriate.
23                                   OR
24                                   C.
25        ( )  IT IS ORDERED defendant be detained prior to trial.
26
27 DATED: May 14, 2009                    Alicia G. Rosenberg
28                                        HONORABLE ALICIA G. ROSENBERG
                                          United States Magistrate Judge

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                    Page 2 of 3